IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORP., | CASE NO. 5:12-cv-04620 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PROMOS TECHNOLOGIES, INC., | |
| Defendant(s). | |

Having reviewed the Case Management Statement filed by Plaintiff Cypress Semiconductor Corporation (see Docket Item No. 12), the court finds that a Case Management Conference is premature at this time. Accordingly, the conference scheduled for December 14, 2012, is CONTINUED to **January 25, 2013, at 10:00 a.m.** The parties shall file a Joint Case Management Statement on or before **January 18, 2013.**

**IT IS SO ORDERED.**

Dated: December 12, 2012

EDWARD J. DAVILA
United States District Judge