IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORP., | CASE NO. 5:12-CV-04620-EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PROMOS TECHNOLOGIES INC., | |
| Defendant. | |

Having reviewed Plaintiff Cypress Semiconductor Corp.'s Case Management Statement (see Docket Item No. 16), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for January 25, 2013 is CONTINUED to **March 22, 2013**, at **10:00 a.m.** The parties shall file an updated Joint Case Management Statement no later than **March 15, 2013.**

**IT IS SO ORDERED.**

Dated: January 22, 2013

EDWARD J. DAVILA
United States District Judge