IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORP., | CASE NO. 5:12-CV-04620-EJD |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PROMOS TECHNOLOGIES INC., | |
| Defendant. | |

Having reviewed Plaintiff's Case Management Statement (see Docket Item No. 22) the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for March 22, 2013 is CONTINUED to May 3, 2013. The parties shall file an updated Joint Case Management Statement no later than April 26, 2013.

**IT IS SO ORDERED.**

Dated: March 18, 2013

EDWARD J. DAVILA
United States District Judge