IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORP., | CASE NO. 5:CV 12-04620-EJD |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PROMOS TECHNOLOGIES INC., | [Re: Docket Item No. 27] |
| Defendant. | |

The above-entitled action is scheduled for a Case Management Conference on May 3, 2013. Considering Defendant's default has been entered by the Clerk (see Docket Item No. 26), the court finds an appearance unnecessary at this time.

Accordingly, the Case Management Conference and all other pretrial deadlines are VACATED. The court schedules a hearing on Plaintiff's anticipated Motion for Default Judgment for **July 12, 2013, at 9:00 a.m.** Plaintiff shall file, serve and notice the motion as necessary pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: April 30, 2013

EDWARD J. DAVILA
United States District Judge