Philip J. Wang (SBN 218349)
Traci M. Keith (SBN 235828)
**LIM, RUGER & KIM, LLP**
One Maritime Plaza, Suite 825
San Francisco, CA 94111
Phone: (415) 599-2828
Fax:    (415) 599-2829
Email: philip.wang@limruger.com
        traci.keith@limruger.com

Attorneys for Plaintiff
CYPRESS SEMICONDUCTOR CORPORATION

IT IS SO ORDERED
Judge Edward J. Davila
9/25/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CYPRESS SEMICONDUCTOR CORP., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PROMOS TECHNOLOGIES INC., a Taiwan corporation,<br><br>　　　　　　　Defendant. | Case No.: 5:12-cv-04620-EJD<br><br>**NOTICE OF DISMISSAL**<br><br>Honorable Edward J. Davila |

{00873952.DOC}

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Cypress Semiconductor Corporation hereby voluntarily dismisses, without prejudice, the above captioned action in its entirety, whereby Plaintiff may, at its option, later pursue its claims, including in an alternate court, jurisdiction or venue.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff has the absolute right to dismiss the action "without order of the court" by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." *Id*.; *see also Commercial Space Management Co., Inc. v. Boeing Co., Inc*., 193 F.3d 1074, 1077 (9th Cir. 1999).

The Clerk shall close this file.

DATED: September 23, 2013            LIM, RUGER & KIM LLP

By:            /s/

Philip J. Wang

Attorney for Plaintiff
Cypress Semiconductor Corporation